| | |
|---|---|
| 1 | ERIC GRANT<br>United States Attorney |
| 2 | JESSICA DELANEY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |



FILED
Jan 15, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:26-CR-0008 JAM |
|---|---|
| Plaintiff, | 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| ROBERT WILLIAM FARANTINO, | |
| Defendant. | |

I N D I C T M E N T

The Grand Jury charges: T H A T

ROBERT WILLIAM FARANTINO,

defendant herein, between on or about May 14, 2025, and continuing through on or about May 21, 2025, in Solano County, State and Eastern District of California, and elsewhere, did knowingly and intentionally distribute one or more visual depictions, using a means and facility of interstate commerce and which was mailed, shipped, and transported in and affecting interstate commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

///

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant ROBERT WILLIAM FARANTINO shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contain visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to the following:

   a. Samsung Cell Phone, IMEI: 356778847006773.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

*Eric Grant*

ERIC GRANT
United States Attorney

INDICTMENT                                2

No. 2:26-CR-0008 JAM

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ROBERT WILLIAM FARANTINO

INDICTMENT

VIOLATION(S): 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2253(a) – Criminal Forfeiture

A true bill,

/s/ Signature on file w/AUSA

_____
Foreman.

Filed in open court this ____15th____ day

of ____January____, A.D. 20 _26_

/s/J. Murphy
_____
Clerk.

Bail, $ **No Bail Warrant Pending Hearing**

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:26-CR-0008 JAM

**United States v. Farantino**
**Penalties for Indictment**

**Defendant**
**ROBERT WILLIAM FARANTINO**

**COUNT:**

VIOLATION:   18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography

PENALTIES:   Mandatory minimum of 5 years in prison and up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100
$35,000 (§ 2259A)

**FORFEITURE ALLEGATION:**

VIOLATION:   18 U.S.C. § 2253(a)

PENALTIES:   As stated in the charging document