# SPECIAL CONDITIONS OF RELEASE

Re: Farantino, Robert William  
No.: 2:26-CR-00008-JAM-1  
Date: January 29, 2026

1. Your release on bond will be delayed until January 30, 2026, at 8:30 a.m., at which time you will be released from custody and must report immediately to the Pretrial Services office for an intake and the installation of location monitoring equipment;
2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
3. You are released to the third-party custody of **Tiffany Marie Farantino**;
4. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
5. You must cooperate in the collection of a DNA sample;
6. You must restrict your travel to the **Eastern District of California**, unless otherwise approved in advance by the pretrial services officer;
7. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;
8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
9. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
10. You must refrain from **excessive** use of alcohol;
11. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

12. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

13. You must report any contact with law enforcement to your pretrial services officer **within 24 hours**;

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by the pretrial services officer.** You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

15. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf;

16. You must **NOT** view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

17. You must **NOT** access the Internet and you must provide proof of the disconnection or termination of this service as required by the pretrial services officer;

18. You must **NOT** use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer;

19. The pretrial services officer must advise your employer of the conditions of release that may limit your work-related use of a computer or limit your work activities;

20. You must **NOT** loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

21. You must **NOT** associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and,
22. You must **NOT** be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.