UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 29, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT WILLIAM FARANTINO,<br><br>　　　　　Defendant. | Case No. 2:26-cr-00008-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT WILLIAM FARANTINO ,

Case No. 2:26-cr-00008-JAM , Charge 18 USC 2252(a)(2), from custody for the following reasons:

　　＿＿＿　Release on Personal Recognizance

　　＿＿＿　Bail Posted in the Sum of $＿＿＿＿＿＿＿

　　　X　　Unsecured Appearance Bond $ 20,000.00

　　＿＿＿　Appearance Bond with 10% Deposit

　　＿＿＿　Appearance Bond with Surety

　　＿＿＿　Corporate Surety Bail Bond

　　　X　　(Other):　The defendants released is delayed until January 30, 2026, at 8:30 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 29, 2026, at 2:30 PM.

By: _/s/ Allison Claire_____
　　Magistrate Judge Allison Claire