UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
JAN 29 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WILLIAM FARANTINO, <br><br> Defendant. | No. 2:26-cr-00008-JAM <br><br> **THIRD PARTY CUSTODY** |

ROBERT WILLIAM FARANTINO, defendant herein, is placed in the custody of:

NAME: _Tiffany Farantino_

who agrees to supervise the defendant as to any restrictions on travel, association or place of abode and to use every effort to assure the appearance of the defendant at all scheduled hearings before any court of this District and to notify the Court immediately in the event the defendant violates any condition of release or disappears.

DATED: 1/29/2026

_____
CUSTODIAN

DATED:_____

_____
CUSTODIAN

DATED:_____

_____
CUSTODIAN

I agree to this third party custody arrangement.

DATED:_____

_____
DEFENDANT