HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT WILLIAM FARANTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WILLIAM FARANTINO, <br><br> Defendant. | Case No. 2:26-cr-00008 JAM <br><br> **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** <br><br> Judge:  Hon. Carolyn K. Delaney |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jessica Delaney, counsel for the United States, and Assistant Federal Defender Meghan D. McLoughlin, counsel for Defendant Robert William Farantino, that Mr. Farantino's conditions of release be temporarily modified so that he can attend a dinner at a restaurant in the Sacramento area on April 11, 2026.

Mr. Farantino was released from custody onto pretrial supervision on January 30, 2026. Dkt. 13.  The conditions of his release require him to participate in location monitoring and be subject to home detention.  *See* Dkt. 12 at ¶¶ 14, 15.  Since his release, Mr. Farantino has been generally compliant with his conditions, and has been strictly compliant with his location monitoring and home detention requirements.

Mr. Farantino now seeks permission to leave his home for, at most, five hours on the evening of April 11, 2026, in order to attend his birthday dinner at a restaurant in Roseville with his family.  The reservation is for 5:30 p.m., and the requested duration allows sufficient time to travel to the restaurant, including traffic, and to return to his home.  He will remain on GPS monitoring during this time, and has been instructed to travel directly to the restaurant and return directly to his residence.  Mr. Farantino's third-party custodian will be present at the dinner, and both sureties have approved the modification as set forth below.  During that time, he will not be on home detention.  As a result, he respectfully requests that his conditions be modified to allow him to attend the dinner by temporarily suspending his home detention requirement from 4:00 p.m. to 9:00 p.m., or whenever he returns, whichever is earlier.  Given his strict compliance with the location monitoring and home detention conditions, Pretrial Services does not oppose this modification. Likewise, the government does not oppose the temporary modification described herein.

In light of this, the parties request that Mr. Farantino's conditions of release be modified, and specifically that Condition 15 be temporarily suspended on April 11, 2026 from 4:00 p.m. to 9:00 p.m., or until Mr. Farantino returns from dinner, whichever is earlier. All other previously imposed terms and conditions will remain in full force and effect.

Dated: April 2, 2026                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Public Defender

                                        /s/ Meghan D, McLoughlin
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROBERT WILLIAM FARANTINO

Dated: April 2, 2026                    ERIC GRANT
                                        UNITED STATES ATTORNEY

                                        /s/ Jessica Delaney
                                        JESSICA DELANEY
                                        Assistant United States Attorney

I agree with this modification.

Dated: April 2, 2026                    /s/ Tiffany Marie Farantino
                                        Tiffany Marie Farantino, Surety

Dated: April 2, 2026                    /s/ Kevin Mitchell Farantino
                                        Kevin Mitchell Farantino, Surety

### FINDINGS AND ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby modifies the Order Setting Special Conditions of Release, Dkt. 12, to allow Mr. Farantino to attend a birthday dinner on April 11, 2026.  Special Condition 15 will be temporarily lifted on April 11, 2026 from 4:00 p.m. to 9:00 p.m., or until Mr. Farantino returns from home from dinner, whichever is earlier.

**IT IS SO FOUND AND ORDERED**

Dated:  April 3, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulated Request to Modify Conditions of      -3-
Release and Order