HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ROBERT WILLIAM FARANTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WILLIAM FARANTINO,<br><br>Defendant. | Case No. 2:26-cr-00008-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE**<br><br>DATE: December 1, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant, ROBERT WILLIAM FARANTINO, by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on December 1, 2026.

2. By this stipulation, defendant now moves to continue the sentencing hearing until January 5, 2027 at 9:00 a.m. As this is a sentencing hearing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree to the following schedule of remaining deadlines, with the concurrence of probation:

| | |
|---|---|
| Judgment and Sentencing: | January 5, 2027 |
| Reply/Statement of Non-Opposition: | **December 22, 2026** |

| | |
|---|---|
| Formal Objections: | **December 15, 2026** |
| Final PSR: | **December 08, 2026** |
| Informal Objections: | **December 01, 2026** |
| Draft PSR: | **November 17, 2026** |

4. The parties agree and stipulate, and request that the Court find the following:

a) Defense counsel is out of state and unavailable on the date of sentencing, as it is currently scheduled for December 1, 2026.

b) As a result, defense counsel requests that the sentencing hearing be continued to the next available date, January 5, 2027.

c) This is the first requested continuance as to sentencing in this matter.

d) Mr. Farantino remains out of custody pending sentencing.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

g) Probation has no objection to the new proposed date.

Dated: July 28, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
ROBERT WILLIAM FARANTINO

ERIC GRANT
United States Attorney

Dated: July 28, 2026

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney

## ORDER

Based on the stipulation of the parties, the Court hereby **CONTINUES** the December 01, 2026 judgment and sentencing to **January 05, 2027, at 9:00 a.m.**, before the undersigned. The Court **APPROVES** the schedule set forth in the parties' stipulation.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 PM, five (5) calendar days in advance of the date set for judgment and sentencing.

**IT IS SO ORDERED**.

Dated: July 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE